[No. 30831-6-III. Division Three. August 13, 2013.]

*In the Matter of the Marriage of* DEBRA R. GORE, *Respondent*, and JOHN E. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-02424-5, Michael P. Price, J., entered April 26, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 42286-7-II. Division Two. August 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RAY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01328-8, Kitty-Ann van Doorninck, J., entered May 27, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 43024-0-II. Division Two. August 13, 2013.]

SHIRLEY BARRETT, *Appellant*, v. LOEW'S HOME CENTERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-2-01350-1, Stephen M. Warning, J., entered December 12, 2011. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.